**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 18, 2012

No. 12-60205
Summary Calendar

Lyle W. Cayce
Clerk

ZHONG WEI SUN,

Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A095 607 161

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Petitioner Zhong Wei Sun seeks our review of the decision of the Board of
Immigration Appeals (BIA) denying his motion to reopen his immigration
proceedings. As Sun does not challenge the BIA's ruling that the motion to
reopen was untimely filed, he has waived this issue. *See Soadjede v. Ashcroft*,
324 F.3d 830, 833 (5th Cir. 2003); *see also Calderon-Ontiveros v. I.N.S.*, 809 F.2d
1050, 1052 (5th Cir. 1986). And, as this issue is dispositive, we do not address

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 12-60205

Sun's challenge of the BIA's alternative reason for denying his motion to reopen, viz., his ineligibility for adjustment of status.

PETITION FOR REVIEW DENIED.